# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)   James, Robert G | 2. Court or Organization   U.S. District Court, Louisiana | 3. Date of Report   07/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)   U.S. District Judge - Active | 5a. Report Type (check appropriate type)   ☐ Nomination, Date   ☐ Initial ☒ Annual ☐ Final   5b. ☒ Amended Report | 6. Reporting Period   01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address   U. S. Courthouse 201 Jackson Street, Suite 201 Monroe, LA 71201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.   Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | James Real Estate |
| 2. Partner | Judd & Company |
| 3. Member | James Minerals, LLC |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Louisiana State Employees Retirement System |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | James Real Estate (partnership income) | $ 4665.00 |
| 2. 2005 | Louisiana State Employees Retirement System | $ 29687.00 |
| 3. 2005 | James Minerals, LLC (partnership income) | $ 1675.00 |
| 4. . | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Lincoln Parish District Attorney |
| 2. 2005 | State of Louisiana |
| 3. 2005 | James Real Estate (partnership income) |
| 4. 2005 | James Minerals, LLC (partnership income) |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 07/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 07/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timber Property, Vienna, La (Woodvale) | | None | K | W | | | | | |
| 2. Timber Property, Union Parish, La. (cabin) | | None | K | W | | | | | |
| 3. 50% interest in Lake House, Farmerville, La. (camp) | | None | K | W | | | | | |
| 4. James Real Estate | E | Rent | N | W | | | | | |
| 5. | A | Royalty | | | | | | | |
| 6. Judd & Company(17.10%) | D | Royalty | M | W | | | | | |
| 7. Louisiana State Employees Retirement System | | None | | | transferred | 01/01 | | | See note in Part VIII |
| 8. American Century Gift Trust Mutual Fund | | None | | | sale | 07/08 | J | A | |
| 9. JP Morgan Chase, Accounts | A | Interest | J | T | | | | | |
| 10. Undeveloped Property, Lincoln Parish, LA (1/3 int.) (Slaton) | | None | J | W | purchase | 03/17 | J | | See note in Part VIII |
| 11. ▓▓▓▓ Bienville Parish, La (1/3 int.) (Weyerheauser) | | None | J | W | | | | | |
| 12. Timber Property #1, Bienville Parish, La (1/3 int.)(Smelly) | | None | K | W | | | | | |
| 13. Timber Property #2, Bienville Parish, La (1/3 int.) (Neal) | | None | J | W | purchase | 03/17 | J | | See note in Part VIII |
| 14. ▓▓▓▓ Union Parish, LA (Middle Fork) | | None | M | W | partial sale | 10/25 | J | A | State of Louisiana |
| 15. Undeveloped property, Jackson Parish, LA (1/3 int.) (farm) | | None | J | W | | | | | |
| 16. IRA #3 | A | Dividend | K | T | | | | | |
| 17. -Fidelity Investments-Four-In-One Index | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 07/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merrill Lynch - Brokerage Account #2 | | | | | | | | | |
| 19. -Automatic Data Proc | A | Dividend | J | T | | | | | |
| 20. -Home Depot inc | A | Dividend | | | sale | 08/11 | J | A | |
| 21. -Pepsico Inc | A | Dividend | J | T | | | | | |
| 22. -Wal Mart Stores Inc | A | Dividend | | | sale | 10/26 | J | A | |
| 23. -CMA Money Fund | A | Interest | K | T | | | | | |
| 24. -IMS Health Inc | A | Dividend | | | sale | 08/05 | J | B | |
| 25. -Liz Claiborne Inc | A | Dividend | | | sale | 11/04 | J | B | |
| 26. -Berkshire Hathaway Club | | None | J | T | partial sale | 09/14 | J | A | |
| 27. -Conagra Foods | A | Dividend | | | sale | 09/07 | J | A | |
| 28. -Encana Corp | A | Dividend | J | T | partial sale | 08/22 | J | C | |
| 29. -First Data Corp | A | Dividend | | | sale | 01/21 | J | A | |
| 30. -Newmont Mining Corp | A | Dividend | J | T | partial sale | 10/24 | J | B | |
| 31. -Northern Trust Corp | A | Dividend | | | sale | 01/21 | J | B | |
| 32. -Paychex Inc. | | None | | | sale | 01/19 | J | A | |
| 33. -Pfizer Inc Del PV$0.05 | A | Dividend | | | purchase | 01/10 | J | | |
| 34. | | | | | sale | 10/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 07/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Renal Care Group, Inc. | | None | K | T | | | | | |
| 36. -AFLAC Inc | A | Dividend | J | T | | | | | |
| 37. -Anheusr Busch | | None | | | sale | 01/10 | J | A | |
| 38. -Applebees | A | Dividend | | | sale | 09/06 | J | B | |
| 39. -Biogen | | None | | | sale | 01/19 | J | C | |
| 40. -Biomet Inc | A | Dividend | J | T | | | | | |
| 41. -Chicago Mercantile Exch | | None | | | partial sale | 01/12 | J | C | |
| 42. | | | | | sale | 01/21 | J | D | |
| 43. -Genl Dynamics Corp | A | Dividend | | | sale | 01/21 | J | C | |
| 44. -Eaton Vance Corp NVT | A | Dividend | | | sale | 05/19 | J | B | |
| 45. -First American Corp | A | Dividend | | | sale | 08/22 | J | C | |
| 46. -I Shares RUS MDCP VAL | A | Dividend | K | T | | | | | |
| 47. -United Parcel Svc | A | Dividend | J | T | | | | | |
| 48. -Iberiabank Corp (x) | | None | | | sale | 06/17 | K | A | |
| 49. -BCE Inc | A | Dividend | J | T | purchase | 01/26 | J | | |
| 50. -I Shares MSCI Japan Index | A | Dividend | K | T | purchase | 10/26 | J | | |
| 51. Fidelity Investments - Brokerage Account #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 07/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Cash Account - Fidelity Investments | B | Interest | L | T | | | | | |
| 53. -Berkshire Hathaway | | None | J | T | | | | | |
| 54. -Japan Fund Class S | | None | K | T | | | | | |
| 55. -Home Depot Inc | A | Dividend | | | sale | 08/12 | J | B | |
| 56. -State Street Corp | A | Dividend | | | sale | 05/02 | J | B | |
| 57. -Equitable Res Inc | A | Dividend | J | T | | | | | |
| 58. -Dentsply Intl Inc | A | Dividend | J | T | | | | | |
| 59. -TR Russell 2000 value index | A | Dividend | | | partial sale | 02/28 | J | B | |
| 60. | | | | | sale | 05/23 | J | A | |
| 61. -Biogen IDEC | | None | | | sale | 01/21 | J | C | |
| 62. -Fidelity Natl Finl | B | Dividend | | | sale | 05/26 | J | A | |
| 63. -Devon Energy | A | Dividend | J | T | partial sale | 08/22 | J | C | |
| 64. -Fidelity Select Natural Gas | | None | | | sale | 01/10 | J | A | |
| 65. -Vanguard Energy | A | Dividend | J | T | partial sale | 08/22 | J | C | |
| 66. -Rydex URSA | A | Dividend | K | T | purchase | 11/07 | K | | |
| 67. -T Rowe Price New Asia | A | Dividend | J | T | purchase | 03/01 | J | | |
| 68. Community Trust Bank, Accounts | A | Interest | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 07/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Jackson Parish, LA property (1/6 int) (Hutcheson) | D | Royalty | J | W | | | | | |
| 70. Jackson Parish, LA property (1/3 int) (Steele/Sherrard) | C | Rent | J | W | purchase | 03/17 | J | | See note in Part VII |
| 71. Jackson Parish, LA property (1/3 int) (Steele Hard 40) | | None | J | W | purchase | 03/17 | J | | See note in Part VII |
| 72. Jackson Parish, LA property (1/3 int) (Cottage) | | None | J | W | | | | | |
| 73. Jackson Parish, LA property (1/3 int) (Goodwood) | | None | J | W | | | | | |
| 74. Bienville Parish, LA property (1/3 int) (Gibson) | | None | K | W | partial sale | 01/06 | K | B | Ewing Timber |
| 75. Bienville parish, LA property (1/3 int) (Gates) | | None | J | W | | | | | |
| 76. Bienville Parish, LA timber property (1/3 int) (Hampton) | | None | K | W | | | | | |
| 77. Lincoln Parish, LA property (1/6 int) (Colvin) | | None | | | sale | 03/18 | J | D | Lurline V. Whitten |
| 78. Lincoln Parish, LA property (1/6 int)(Colvin Home) | | None | | | sale | 03/18 | L | E | Lurline V. Whitten |
| 79. Caldwell Parish, LA property (1/6 int)(Hutcheson) | | None | | | sale | 01/06 | J | D | Donald E. Plunk |
| 80. Union Parish, LA property (Franklin) | | None | L | W | partial sale | 10/26 | L | E | State of Louisiana |
| 81. Fuller Estate (1/4 int) | | None | M | W | purchase | 01/11 | M | | Jane Ball |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 07/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 4, line 10 - This asset was formerly described as "Undeveloped Property, Lincoln Parish, LA (1/6 int.) (Slaton)" An additional 1/6 interest purchased from Entrada Company, LLC.

2) Part VII, page 4, line 13 - This asset was formerly described as "Timber Property #2, Bienville Parish, La (1/6 int.) (Neal)" An additional 1/6 interest purchased from Entrada Company, LLC.

3) Part VII, page 8, line 70 - This asset was formerly described as "Jackson Parish, LA property (1/6 int) (Steele/Sherrard)" An additional 1/6 interest purchased from Entrada Company, LLC.

4) Part VII, page 8, line 71 - This asset was formerly described as "Jackson Parish, LA property (1/6 int) (Steele Hard 40)" An additional 1/6 interest purchased from Entrada Company. LLC.

5) Part VII, page 4, line 7 - This item is now considered a defined benefit plan and the income associated with it is included in Part III. It is no longer required to be reported in Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___July 15, 2006_____

NOTE: ANY IND████████████████████ FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**FOR CALENDAR YEAR 2005**

in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| James, Robert G | U.S. District Court, Louisiana | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final | 01/01/2005<br>to<br>12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. Courthouse<br>201 Jackson Street, Suite 201<br>Monroe, LA 71201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | James Real Estate |
| 2. Partner | Judd & Company |
| 3. Member | James Minerals, LLC |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Louisiana State Employees Retirement System |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE REPORT    2006 MAY 12 P 12: 21    RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|------|-----------------|------------------------------|
| 1. 2005 | James Real Estate (partnership income) | $ 4665.00 |
| 2. 2005 | Judd & Company (partnership income) | $ 0.00 |
| 3. 2005 | Louisiana State Employees Retirement System | $ 29687.00 |
| 4. 2005 | James Minerals, LLC (partnership income) | $ 1675.00 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2005 | Lincoln Parish District Attorney |
| 2. 2005 | State of Louisiana |
| 3. 2005 | James Real Estate (partnership income) |
| 4. 2005 | James Minerals, LLC (partnership income) |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Timber Property, Vienna, La (Woodvale) | | None | K | W | | | | | |
| 2. Timber Property, Union Parish, La. (cabin) | | None | K | W | | | | | |
| 3. 50% interest in Lake House, Farmerville, La. (camp) | | None | K | W | | | | | |
| 4. James Real Estate | E | Rent | N | W | | | | | |
| 5. | A | Royalty | | | | | | | |
| 6. Judd & Company(17.10%) | D | Royalty | J | W | | | | | |
| 7. Louisiana State Employees Retirement System | | None | | | | | | | |
| 8. American Century Gift Trust Mutual Fund | | None | | | sale | 07/08 | J | A | |
| 9. JP Morgan Chase, Accounts | A | Interest | J | T | | | | | |
| 10. Undeveloped Property, Lincoln Parish, LA (1/3 int.) (Slaton) | | None | J | W | purchase | 03/17 | J | | See note in Part VIII |
| 11. ●acres, Bienville Parish, La (1/3 int.) (Weyerheauser) | | None | J | W | | | | | |
| 12. Timber Property #1, Bienville Parish, La (1/3 int.)(Smelly) | | None | K | W | | | | | |
| 13. Timber Property #2, Bienville Parish, La (1/3 int.) (Neal) | | None | J | W | purchase | 03/17 | J | | See note in Part VIII |
| 14. ●acres, Union Parish, LA (Middle Fork) | | None | M | W | partial sale | 10/25 | J | A | State of Louisiana |
| 15. Undeveloped property, Jackson Parish, LA (1/3 int.) (farm) | | None | J | W | | | | | |
| 16. IRA #3 | A | Dividend | K | T | | | | | |
| 17. -Fidelity Investments-Four-In-One Index | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Merrill Lynch - Brokerage Account #2 | | | | | | | | | |
| 19. -Automatic Data Proc | A | Dividend | J | T | | | | | |
| 20. -Home Depot inc | A | Dividend | | | sale | 08/11 | J | A | |
| 21. -Pepsico Inc | A | Dividend | J | T | | | | | |
| 22. -Wal Mart Stores Inc | A | Dividend | | | sale | 10/26 | J | A | |
| 23. -CMA Money Fund | A | Interest | K | T | | | | | |
| 24. -IMS Health Inc | A | Dividend | | | sale | 08/05 | J | B | |
| 25. -Liz Claiborne Inc | A | Dividend | | | sale | 11/04 | J | B | |
| 26. -Berkshire Hathaway Club | | None | J | T | partial sale | 09/14 | J | A | |
| 27. -Conagra Foods | A | Dividend | | | sale | 09/07 | J | A | |
| 28. -Encana Corp | A | Dividend | J | T | partial sale | 08/22 | J | C | |
| 29. -First Data Corp | A | Dividend | | | sale | 01/21 | J | A | |
| 30. -Newmont Mining Corp | A | Dividend | J | T | partial sale | 10/24 | J | B | |
| 31. -Northern Trust Corp | A | Dividend | | | sale | 01/21 | J | B | |
| 32. -Paychex Inc. | | None | | | sale | 01/19 | J | A | |
| 33. -Pfizer Inc Del PV$0.05 | A | Dividend | | | purchase | 01/10 | J | | |
| 34. | | | | | sale | 10/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Renal Care Group, Inc. | | None | K | T | | | | | |
| 36. -AFLAC Inc | A | Dividend | J | T | | | | | |
| 37. -Anheusr Busch | | None | | | sale | 01/10 | J | A | |
| 38. -Applebees | A | Dividend | | | sale | 09/06 | J | B | |
| 39. -Biogen | | None | | | sale | 01/19 | J | C | |
| 40. -Biomet Inc | A | Dividend | J | T | | | | | |
| 41. -Chicago Mercantile Exch | | None | | | partial sale | 01/12 | J | C | |
| 42. | | | | | sale | 01/21 | J | D | |
| 43. -Genl Dynamics Corp | A | Dividend | | | sale | 01/21 | J | C | |
| 44. -Eaton Vance Corp NVT | A | Dividend | | | sale | 05/19 | J | B | |
| 45. -First American Corp | A | Dividend | | | sale | 08/22 | J | C | |
| 46. -I Shares RUS MDCP VAL | A | Dividend | K | T | | | | | |
| 47. -United Parcel Svc | A | Dividend | J | T | | | | | |
| 48. -Iberiabank Corp (x) | | None | | | sale | 06/17 | K | A | |
| 49. -BCE Inc | A | Dividend | J | T | purchase | 01/26 | J | | |
| 50. -I Shares MSCI Japan Index | A | Dividend | K | T | purchase | 10/26 | J | | |
| 51. Fidelity Investments - Brokerage Account #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Cash Account | B | Interest | L | T | | | | | |
| 53. -Berkshire Hathaway | | None | J | T | | | | | |
| 54. -Japan Fund Class S | | None | K | T | | | | | |
| 55. -Home Depot Inc | A | Dividend | | | sale | 08/12 | J | B | |
| 56. -State Street Corp | A | Dividend | | | sale | 05/02 | J | B | |
| 57. -Equitable Res Inc | A | Dividend | J | T | | | | | |
| 58. -Dentsply Intl Inc | A | Dividend | J | T | | | | | |
| 59. -TR Russell 2000 value index | A | Dividend | | | partial sale | 02/28 | J | B | |
| 60. | | | | | sale | 05/23 | J | A | |
| 61. -Biogen IDEC | | None | | | sale | 01/21 | J | C | |
| 62. -Fidelity Natl Finl | B | Dividend | | | sale | 05/26 | J | A | |
| 63. -Devon Energy | A | Dividend | J | T | partial sale | 08/22 | J | C | |
| 64. -Fidelity Select Natural Gas | | None | | | sale | 01/10 | J | A | |
| 65. -Vanguard Energy | A | Dividend | J | T | partial sale | 08/22 | J | C | |
| 66. -Rydex URSA | A | Dividend | K | T | purchase | 11/07 | K | | |
| 67. -T Rowe Price New Asia | A | Dividend | J | T | purchase | 03/01 | J | | |
| 68. Community Trust Bank, Accounts | A | Interest | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Jackson Parish, LA property (1/6 int) (Hutcheson) | D | Royalty | J | W | | | | | |
| 70. Jackson Parish, LA property (1/3 int) (Steele/Sherrard) | C | Rent | J | W | purchase | 03/17 | J | | See note in Part VII |
| 71. Jackson Parish, LA property (1/3 int) (Steele Hard 40) | | None | J | W | purchase | 03/17 | J | | See note in Part VII |
| 72. Jackson Parish, LA property (1/3 int) (Cottage) | | None | J | W | | | | | |
| 73. Jackson Parish, LA property (1/3 int) (Goodwood) | | None | J | W | | | | | |
| 74. Bienville Parish, LA property (1/3 int) (Gibson) | | None | K | W | partial sale | 01/06 | K | B | Ewing Timber |
| 75. Bienville parish, LA property (1/3 int) (Gates) | | None | J | W | | | | | |
| 76. Bienville Parish, LA timber property (1/3 int) (Hampton) | | None | K | W | | | | | |
| 77. Lincoln Parish, LA property (1/6 int) (Colvin) | | None | | | sale | 03/18 | J | D | Lurline V. Whitten |
| 78. Lincoln Parish, LA property (1/6 int)(Colvin Home) | | None | | | sale | 03/18 | L | E | Lurline V. Whitten |
| 79. Caldwell Parish, LA property (1/6 int)(Hutcheson) | | None | | | sale | 01/06 | J | D | Donald E. Plunk |
| 80. Union Parish, LA property (Franklin) | | None | L | W | partial sale | 10/26 | L | E | State of Louisiana |
| 81. Fuller Estate (1/4 int) | | None | M | W | purchase | 01/11 | M | | Jane Ball |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 4, line 10 - This asset was formerly described as "Undeveloped Property, Lincoln Parish, LA (1/6 int.) (Slaton)" An additional 1/6 interest purchased from Entrada Company, LLC.

2) Part VII, page 4, line 13 - This asset was formerly described as "Timber Property #2, Bienville Parish, La (1/6 int.) (Neal)" An additional 1/6 interest purchased from Entrada Company, LLC.

3) Part VII, page 8, line 70 - This asset was formerly described as "Jackson Parish, LA property (1/6 int) (Steele/Sherrard)" An additional 1/6 interest purchased from Entrada Company, LLC.

4) Part VII, page 8, line 71 - This asset was formerly described as "Jackson Parish, LA property (1/6 int) (Steele Hard 40)" An additional 1/6 interest purchased from Entrada Company. LLC.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _May 10, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544